# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 7/1/2020

| **DISTRICT JUDGE** | **COURT REPORTER:** Jan Mason |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| | |
|---|---|
| United My Funds, LLC<br><br>v.<br><br>Hisham Mubaidin and Chandana Perera | 4:19-CV-373 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Xerxes Martin, IV, Robbie Malone and Jim Shin | Austin Champion and William Jones |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Final Pretrial Conference (by telephone) |
|---|---|
| 10:00 a.m. | Court in session.  Court notes appearances. |
| 10:02 a.m. | Court provides instructions to attorneys regarding COVID-19 protocol that the Court will follow and the protocol that the Court asks the Parties to follow being aware of the COVID-19.<br>Court will allow 35 minutes for voir dire for each side. |
| 10:19 a.m. | Court will allow 30 minutes for opening statement.  Court advises the Parties of normal trial day 9am - 5pm with a break in the morning and a break in the afternoon.  Parties discuss Pro Se Defendant and trial. |
| 10:22 a.m. | Court review questions from jury process with Counsel.  Court reviews exhibit process.  Court conditionally admits all exhibits that are not objected to.  However, the exhibit must be utilized with a witness before it is considered fully admitted. |
| 10:24 a.m. | Court advises Parties of work rooms downstairs for each side to store trial materials. |
| 10:24 a.m. | Parties discuss Plaintiff's Motion in Limine (Dkt. #62) and Defendant's Response (Dkt. #66).<br>#1: Agreed as Mutual<br>#2: Agreed as Mutual<br>#3: Grant - approach the bench. |
| 10:37 a.m. | Parties discuss exhibits.  Exhibit objections will be taken up at trial unless there are objections to exhibits to be used in opening statements.  If there are objections to exhibits for opening statements the Parties will bring those to the Court's attention on Monday prior to opening statements after they have met and conferred regarding those exhibits. |

| TIME | MINUTES: Final Pretrial Conference (by telephone) |
|---|---|
| 10:43 a.m. | Court hears from Defendant's counsel, Austin Champion regarding new Pretrial Order and new Jury Instructions. Counsel will work together and provide to the Court. |
| 10:45 a.m. | Court hears from counsel regarding duty to disclose and requests that be included in the Pretrial Order. |
| 10:46 a.m. | Court discusses Court opens at 8:00 a.m. and jury begins arriving at 8:00 a.m. with staggered times to maintain social distancing as much as possible. |
| 10:47 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk