# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 7/6/2020

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Jan Mason<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| UNITED MY FUNDS, LLC.<br><br>v.<br><br>HISHAM MUBAIDIN and CHANDANA PERERA | 4:19-CV-373 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Xerxes Martin, IV, Robbie Malone and Jim Shin | Austin Champion and William Jones |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial -Day 1 |
|---|---|
| 10:05 a.m. | Court is in session.  Court notes appearance of counsel and the parties. |
| 10:06 a.m. | Judge addresses the jury panel with preliminary voir dire. |
| 10:15 a.m. | Court has the Parties introduce those at each counsel table. |
| 10:19 a.m. | Plaintiff's counsel, Robbie Malone begins voir dire examination. |
| 10:53 a.m. | Defendant's counsel, Austin Champion begins voir dire examination |
| 11:27 a.m. | Court explains to jury the process going forward. |
| 11:30 a.m. | Court recess for attorney strikes in chambers. |
| 12:10 p.m. | Court re-convenes.  Jury seated.  Oath administered to jury. |
| 12:20 p.m. | Court begins preliminary instructions to the jury. |
| 12:37 p.m. | Jury excused for lunch. |
| 12:37 p.m. | Parties discuss exhibits to be used during opening statement. |

| | |
|---|---|
| 12:43 p.m. | Court recess for lunch. |
| 1:43 p.m. | Court re-convened. Jury seated. |
| 1:45 p.m. | Plaintiff's counsel, Robbie Malone begins opening statement. |
| 2:04 p.m. | Defendant's counsel, Austin Champion begins opening statement. |
| 2:29 p.m. | Plaintiff's counsel, Robbie Malone invokes the rule.  Court asks the Parties to monitor the witnesses and make sure that no witnesses come into the courtroom |
| 2:30 p.m. | Court conditionally admits all the exhibits no objected to but advises the Parties that the exhibits must be used with a witness. |
| 2:31 p.m. | Plaintiff's counsel, Xerxes Martin calls Wali Al-Shayef.  Witness placed under oath. Plaintiff's counsel, Xerxes Martin begins direct examnination of Wali Al-Shayef. |
| 2:43 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 16. |
| 2:56 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 18. |
| 3:03 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 15. |
| 3:15 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 17. |
| 3:18 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 19. |
| 3:22 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 24. |
| 3:30 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 27 Defendant's counsel, Ben Jones objects as to hearsay and not authenticated. |
| 3:32 p.m. | Jury excused for break.  Court recess for 15 minutes. |
| 3:54 p.m. | Court re-convened. Jury seated.  Plaintiff's counsel, Xerxes Martin continues direct examination of Wali Al-Shayef. |
| 3:54 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 20. |
| 3:59 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 22. |
| 4:01 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 25. |

| 4:02 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 28. |
| --- | --- |
| 4:41 p.m. | Plaintiff's counsel, Xerxes Martin refers witness, Wali Al-Shayef to Plaintiff's Exhibit 37. |
| 4:43 p.m. | Defendant's counsel, Ben Jones begins cross-examination of Wali Al-Shayef. |
| 5:00 p.m. | Jury excused. |
| 5:01 p.m. | Parties discuss exhibits, timing, jury charge and informal jury charge conference. |
| 5:08 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

By: *Keary Conrad*
Courtroom Deputy Clerk