# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 7/7/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Jan Mason<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| UNITED MY FUNDS, LLC.<br><br>v.<br><br>HISHAM MUBAIDIN and CHANDANA PERERA | 4:19-CV-373 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Xerxes Martin, IV, Robbie Malone and Jim Shin | Austin Champion and William Jones |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial -Day 2 |
|---|---|
| 9:11 a.m. | Court is in session. Court notes appearance of counsel and the parties. |
| 9:11 a.m. | Defendant is reminded he is under oath. |
| 9:11 a.m. | Defendant's counsel, Ben Jones continues cross-examination of Wali Al-Shayef. |
| 9:29 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 15. |
| 9:33 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 21. |
| 9:39 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 28. |
| 9:49 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 25. |
| 9:51 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 22. |
| 9:57 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 27. |
| 10:10 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 18. |
| 10:14 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Defendant's Exhibit 12. |

| | |
|---|---|
| 10:33 a.m. | Jury excused. Court recess for 15 minute. |
| 10:50 a.m. | Court re-convened. Jury seated. Defendant's counsel, Ben Jones continues cross examination of Wali Al-Shayef. |
| 10:56 a.m. | Defendant's counsel, Ben Jones refers witness Wali Al-Shayef to Plaintiff's Exhibit 25. |
| 10:58 a.m. | Plaintiff's counsel, Xerxes Martin begins re-direct examination of Wali Al-Shayef. |
| 10:59 a.m. | Plaintiff's counsel, Xerxes Martin refers witness Wali Al-Shayef to Plaintiff's Exhibit 21. |
| 11:06 a.m. | Plaintiff's counsel, Xerxes Martin refers witness Wali Al-Shayef to Plaintiff's Exhibit 27. |
| 11:07 a.m. | Plaintiff's counsel, Xerxes Martin refers witness Wali Al-Shayef to Plaintiff's Exhibit 25. |
| 11:13 a.m. | Defendant's counsel, Ben Jones begins re-cross examination of Wali Al-Shayef. Defendant's counsel, Ben Jones referr witness to Plaintiff's Exhibit 22. |
| 11:15 a.m. | Court polls the jury for questions. Bench conference. |
| 11:17 a.m. | Court asks witness questions from jury. |
| 11:20 a.m. | Plaintiff begins showing the deposition of Chandana Perera. |
| 12:06 p.m. | Jury excused. |
| 12:06 p.m. | Court hears from Plaintiff's counsel, Robbie Malone, regarding informal charge conference. |
| 12:11 p.m. | Court hears response from Defendant's counsel, Ben Jones. |
| 12:15 p.m. | Court recess for lunch. |
| 1:18 p.m. | Court re-convened. Jury seated. Plaintiffs continue showing the deposition of Chandana Perera. |
| 3:40 p.m. | Jury released. |
| 3:41 p.m. | Parties discuss timing of case progression. Parties discuss claims to go to the jury. |
| 3:44 p.m. | Court recess for 15 minutes. |
| 4:02 p.m. | Court re-convened. Jury seated. Plaintiff's counsel, Robbie Malone calls Hisham Mubaidin. Witness placed under oath. |

| | |
|---|---|
| 4:04 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Defendant's Exhibit 22. |
| 4:07 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Defendant's Exhibit 23. |
| 4:09 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Defendant's Exhibit 20. |
| 4:11 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Defendant's Exhibit 21. |
| 4:20 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff's Exhibits 33, 34, 35, 36. |
| 4:21 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 2. |
| 4:26 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibits 12, 13, 14. |
| 4:28 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibits 29, 7, 39. |
| 4:53 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 15. |
| 5:06 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Defendant's Exhibit 18. |
| 5:07 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 19. |
| 5:10 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 20. |
| 5:11 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 27. |
| 5:23 p.m. | Plaintiff's counsel, Robbie Malone refers witness, Hisham Mubaidin to Plaintiff Exhibit 16. |
| 5:29 p.m. | Defendant's counel, Austin Champion begins cross examination of Hisham Mubaidin. |
| 5:59 p.m. | Jury excused. |

| 6:00 p.m. | Plaintiff's counsel, Robbie Malone discusses issue. Parties will meet in chambers tomorrow at 8:20 a.m. |
|---|---|
| 6:00 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

By: *Keary Conrad*
Courtroom Deputy Clerk