# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 7/9/2020

| | |
|---|---|
| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Jan Mason<br>**COURTROOM DEPUTY:** Keary Conrad |

| | |
|---|---|
| UNITED MY FUNDS, LLC.<br><br>v.<br><br>HISHAM MUBAIDIN and CHANDANA PERERA | 4:19-CV-373 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Xerxes Martin, IV, Robbie Malone and Jim Shin | Austin Champion and William Jones |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 4 |
|---|---|
| 9:01 a.m. | Court is in session. Court notes appearance of counsel and the parties. |
| 9:02 a.m. | Court discusses Plaintiff's TTLA cause of action. |
| 9:03 a.m. | Court hears argument from counsel regarding witness McCullough. |
| 9:08 a.m. | Court overrules Plaintiff's objection and will allow. The two pages that were never produced will not be allowed. |
| 9:09 a.m. | Jury seated. Defendant's counsel, Ben Jones calls Michael McCullough. Witness placed under oath. Defendant's counsel, Ben Jones begins direct examination of Michael McCullough. |
| 9:25 a.m. | Defendant's counsel, Ben Jones refers witness, Michael McCullough to Plaintiff's Exhibit 25. |
| 9:32 a.m. | Defendant's counsel, Ben Jones refers witness, Michael McCullough to Defendant Exhibit 82 and 83. Defendant's counsel, Ben Jones offers Defendant's Exhibits 82 and 83. Plaintiff objection to R37 and production. Objection overruled. Defendant Exhibits 82 and 83 are admitted. |
| 9:46 a.m. | Defendant's counsel, Ben Jones refers witness, Michael McCullough to Defendant Exhibit 19. |
| 9:49 a.m. | Plaintiff's counsel, Xerxes Martin begins cross examination of Michael McCullough. |
| 9:54 a.m. | Court polls the jury for questions. Bench conference. |

|  | - |
|---|---|
| 9:55 a.m. | Court asks questions from jury to witness. |
| 9:58 am. | Plaintiff's counsel, Robbie Malone offers deposition exhibits as Plaintiff Exhibits 39, 29, 14, 13, 15, 24, 25, 26, 20, 21, 23, 41, 30.  Exhibits admitted. |
| 10:00 a.m. | Jury excused. Court recess for 15 minute break. |
| 10:17 a.m. | Court re-convened. Jury seated. |
| 10:18 a.m. | Plaintiff's counsel, Robbie Malone begins closing argument. |
| 10:39 a.m. | Defendant's counsel, Austin Champion begins closing argument. |
| 11:09 a.m. | Plaintiff's counsel, Robbie Malone finishes closing argument. |
| 11:21 a.m. | Court begins reading final instruction to jury. |
| 11:41 a.m. | Court finishes charge and provides jury further instructions. |
| 11:43 a.m. | Jury excused. |
| 11:44 a.m. | Court recess awaiting note or verdict from jury. |
| 3:28 p.m. | Court re-convenes.  Court notes appearance of parties.  Court advises parties of Note #1 reflecting the foreperson.  Court advises the parties of Note #2.  Parties agree to response. |
| 3:31 p.m. | Court recess awaiting further notes or verdict from jury. |
| 4:38 p.m. | Court re-convenes. Jury seated. |
| 4:40 p.m. | Court publishes verdict. |
| 4:45 p.m. | Jury excused. |

CASE NO.  4:19-CV-373                   DATE: 7/9/2020
PAGE 3  - PROCEEDINGS CONTINUED:

|            | -                                                                                                                                                                                               |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4:46 p.m.  | Plaintiff questions the Court regarding attorney's fees.  Court inquires as to parties interest in mediation prior to entry of judgment.  Parties will meet and confer and advise the Court by Monday. |
| 4:48 p.m.  | Court adjourned.                                                                                                                                                                                |

DAVID O'TOOLE, CLERK

By: *Keary Conrad*
Courtroom Deputy Clerk